IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JANE DOE, | § § § | |
| Plaintiff, | § § | |
| v. | § | 1:19-CV-695-RP |
| STRATEGIC PARTNERSHIPS, INC., | § § § | |
| Defendant. | § § | |

## ORDER

The parties to this case filed a notice of settlement and motion to abate deadlines on October 15, 2019. (Dkt. 9). In that notice, they ask the Court to "temporarily abate all deadlines imposed by the Federal Rules of Civil Procedure and this Court's Local Rules." (*Id.* at 1). They state that they "anticipate formalizing their agreement and filing a joint stipulation of dismissal with the Court within the next 45 days." (*Id.*).

In light of the parties' notice, the Court **ORDERS** that this action is **STAYED** until **November 29, 2019**. The parties shall either file a stipulation of dismissal or a motion to extend the stay no later than **November 29, 2019**.

**SIGNED** on October 17, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE